# UNITED STATES DISTRICT COURT
# FOR THE DISTRIC OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Hon. Jose R. Almonte, U.S.M.J. |
| vs. | : |
| | : Crim. No. 22-818 |
| ABID SYED, et al. | : |
| | : |

## ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE

This matter having come before the Court on the application of Defendant MUHAMMED AURANGZEB (by Bruce A. Levy, Esq., appearing), with no opposition by Phillip Sellinger, United States Attorney for the District of New Jersey (by DeNae M. Thomas, Assistant United States Attorney), for an order granting a modification of the Order Setting Conditions Of Release so that MUHAMMED AURANGZEB, currently released on a personal recognizance bond with travel restricted to New York and New Jersey, may leave now also travel to Pennsylvania in connection with his employment as an Uber driver and travel to the State of Maryland for the limited purpose of visiting family, and for good cause shown,

IT IS THE FINDING OF THIS COURT, that conditions of release should be amended for the following reasons:

(1) There are conditions of release sufficient to reasonably assure the appearance of the Defendant as required;

(2) The defendant will only travel to Pennsylvania in connection with employment and only travel to Maryland to visit family and defendant will provide information relating to these modifications that may be requested by Pre-Trial Services;

(3) All other conditions will remain in full force and effect; and

(4) The United States has consented to the above-referenced modification.

IT IS, therefore, ORDERED that:

(1) The Order Setting Conditions of Release is hereby modified and the Defendant MUHAMMED AURANGZEB may travel consistent with these modifications.

                                                             12/22/222

**THE HON. JOSE R. ALMONTE**
United States Magistrate Judge

Consented and agreed to by:

s/ DeNae M. Thomas
**DENAE M. THOMAS**
Assistant U.S. Attorney


/s Bruce A. Levy
**BRUCE A. LEVY**
Counsel for Defendant Muhammed Aurangzeb