UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 22-818 (BRM) |
| v. | SCHEDULING ORDER |
| ABID SYED,<br>TARIQ DIN,<br>DAVID WEATHERS, and<br>MUHAMMED AURANGZEB | |

This matter having come before the Court for arraignment; and the United States being represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (DeNae M. Thomas, Assistant United States Attorney, appearing), and defendants Abid Syed (Zach Intrater, Esq. and Lee D. Vartan, Esq., appearing); Tariq Din (Amy D. Luria, Esq., Michael D. Critchley, Esq., and Armando B. Suarez, Esq. appearing), David Weathers (Jeffrey Greco, Esq., appearing), and Muhammed Aurangzeb (Bruce A. Levy, Esq., appearing),  and the parties having met and conferred and having determined that this matter may be treated as a criminal case that requires extensive discovery within the meaning of paragraph 4 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the initial exchange of discovery; and the Court having accepted such schedule, and for good cause shown,

It is on this __6TH__ day of __JANUARY__, 2023, ORDERED that:

1. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before April 28, 2023. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before April 28, 2023, with the exception of the disclosures set forth in Federal Rule of Criminal Procedure 16(a)(1)(F) (Reports of Examinations and Tests) and 16(a)(1)(G) (Expert Witnesses), which will be provided pursuant to a subsequent scheduling order. The Defendants shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1), to the extent practicable, on or before August 30, 2023, with the exception of the disclosures set forth in Federal Rules of Criminal Procedure 16(b)(1)(B) (Reports of Examinations and Tests) and 16(b)(1)(C) (Expert Witnesses), which shall be provided pursuant to a subsequent scheduling order.

4. The defendants shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before June 30, 2023.

5. A status conference shall be held on July __18__, 2023 at __1:30 pm__ a.m./p.m., in order to assess the progress of discovery; to determine a schedule for the production of additional discovery if necessary; to consider any discovery disputes if necessary; to set or consider setting a schedule for the next status conference in this matter; and to set or consider setting a schedule for pretrial motions if a date for the completion of discovery can be determined.

_____
Honorable Brian R. Martinotti
United States District Judge

Consented to as to form and entry:

_____
DeNae M. Thomas
Assistant U.S. Attorney

s/ Lee D. Vartan
_____
Zach Intrater, Esq.
Lee D. Vartan, Esq.
Counsel for defendant Abid Syed

s/ Amy D. Luria
_____
Amy D. Luria, Esq.
Michael D. Critchley, Esq.
Armando B. Suarez, Esq.
Counsel for defendant Tariq Din

s/ Jeffrey Greco
_____
Jeffrey Greco, Esq.
Counsel for defendant David Weathers

s/ Bruce A. Levy
_____
Bruce A. Levy, Esq.
Counsel for defendant Muhammed Aurangzeb