UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 22-818 (BRM) |
| v. | AMENDED SCHEDULING ORDER |
| ABID SYED, TARIQ DIN, and MUHAMMED AURANGZEB | |

This matter having come before the Court for an amended scheduling order; and the United States being represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (DeNae M. Thomas and Jessica R. Ecker, Assistant United States Attorneys, appearing), and defendants Abid Syed (Zach Intrater, Esq. and Lee D. Vartan, Esq., appearing); Tariq Din (Amy D. Luria, Esq., Michael D. Critchley, Esq., and Armando B. Suarez, Esq. appearing); and Muhammed Aurangzeb (Bruce A. Levy, Esq., appearing) (collectively the "Defendants") having conferred and agreed on a schedule for the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 6th day of June, 2024, ORDERED that:

1. The following shall be the revised schedule for pretrial motions in this matter:

a.  Any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, shall be filed on or before May 13, 2024;

b.  Responses to the pretrial motions shall be filed on or before July 1, 2024;

c.  Replies shall be filed on or before August 2, 2024; and

d.  Oral argument on pretrial motions shall be held on a date to be set by the Court.

2. Pursuant to paragraph 17 of the Standing Order, the Court will, in consultation with the parties, schedule a final pretrial conference following the disposition of pretrial motions. In advance of said conference, the parties shall advise the Court whether the case should be set for trial.  If the parties so advise, the Court will set a schedule for trial, which pursuant to paragraph 21 of the Standing Order shall be no earlier than 45 days following the final pretrial conference unless all parties agree that a shorter period of time is reasonable in the circumstances of the case.

Honorable Brian R. Martinotti
United States District Judge